| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  R. MASON   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): R. MASON   C. Date of Delivery: 1/14/08 |
| 1. Article Addressed to:<br>Hyundai Motor Manufacturing Alabama, LLC<br>c/o Richard E. Neal<br>700 Hyundai Blvd<br>Montgomery, AL 36105<br><br>08CV13 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7006 0810 0005 9516 8743 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540