# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **DELVIN L. BALDWIN,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| v. | ) 2:08-CV-00013-MEF-CSC |
| | ) |
| **HYUNDAI MOTOR** | ) |
| **MANUFACTURING** | ) |
| **ALABAMA, LLC,** | ) |
| | ) |
|    **Defendant.** | ) |
| | ) |

## CONFLICT DISCLOSURE STATEMENT

**COMES NOW** the Plaintiff, Delvin L. Baldwin, in the above-captioned matter, and in accordance with this Court's order of February 6, 2008, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   This party is an individual.

                                                   Respectfully submitted,

                                                 /s/ Carolyn N. Lam
                                                 John D. Saxon
                                                 Alabama Bar No. ASB-3258-H57A
                                                 Carolyn N. Lam

                          Alabama Bar No. ASB-4397-O76L
                          Attorneys for Plaintiff

**OF COUNSEL:**

**JOHN D. SAXON, P.C.**
2119 Third Avenue North
Birmingham, AL 35203
Telephone:  (205) 324-0223
Facsimile:  (205) 323-1583
Email:    jsaxon@saxonattorneys.com
          clam@saxonattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above Conflict Disclosure Statement on following counsel of record by filing same with the CM/ECF system, which will provide electronic notice to:

Joseph Trent Scofield, Esq.
T. Scott Kelly, Esq.
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203

**DONE** this the 12th day of February, 2008.

                        /s/ Carolyn N. Lam
                        **OF COUNSEL**