**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **DELVIN L. BALDWIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| v.  ) | **2:08-cv-00013-MEF-CSC** |
| ) | |
| **HYUNDAI MOTOR** ) | |
| **MANUFACTURING ALABAMA, LLC,** ) | |
| ) | |
| **Defendant.** ) | |

**NOTICE OF APPEARANCE**

COMES NOW Christopher A. Mixon of the law firm of Ogletree, Deakins, Nash, Smoak, & Stewart, P.C., One Federal Place, Suite 1000, 1819 Fifth Avenue North, Birmingham, Alabama 35203, and hereby enters his appearance as additional counsel on behalf of the Defendant Hyundai Motor Manufacturing Alabama, LLC, in this matter.

            Respectfully submitted,

            /s/ Christopher A. Mixon
            Christopher A. Mixon (MIX-007)
            OGLETREE, DEAKINS, NASH,
            SMOAK & STEWART, P.C.
            One Federal Place, Suite 1819
            1819 Fifth Avenue North
            Birmingham, Alabama 35203
            Telephone: (205) 328-1900
            Facsimile: (205) 328-6000
            Email: christopher.mixon@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John D. Saxon and Carolyn N. Lam.

/s/ Christopher A. Mixon
Christopher A. Mixon (MIX-007)
J. Trent Scofield (SCO-024)
T. Scott Kelly(KEL-053)
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Tel.: (205) 328-1900
E-mail: christopher.mixon@odnss.com

5563852.1