IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DELVIN L. BALDWIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-cv-13-MEF |
| | ) |
| HYUNDAI MOTOR | ) (WO) |
| MANUFACTURING ALABAMA, LLC, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT and DECREE of the court as follows:

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendant Hyundai Motor Manufacturing Alabama, LLC, with Plaintiff taking nothing by his claims.

(2) Costs are TAXED against Plaintiff Delvin L. Baldwin, for which execution may issue.

3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheets as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

DONE this the 10th day of April, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE